IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                      CRIMINAL 13-0534CCC

**42) FRANCISCO COTTO-**
**GONZALEZ**, a/k/a "Gordo," "Gordo
Fat" (Counts ONE through SIX)

Defendant

**ORDER**

Having considered the Report and Recommendation filed on October 3,
2014 (**docket entry 2042**) on a Rule 11 proceeding of defendant
[42] Francisco Cotto-González before U.S. Magistrate-Judge Camille L.
Vélez-Rivé on October 3, 2014, to which no objection has been filed, the same
is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The
Court FINDS that his plea was voluntary and intelligently entered with
awareness of his rights and the consequences of pleading guilty and contains
all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a
Presentence Investigation Report since October 3, 2014.  The **sentencing**
**hearing is set for February 19, 2015 at 4:15 PM**.

The U.S. Probation Officer is reminded that, should any objections be
raised by defendant to the PreSentence Report, the Addendum to said
PreSentence Report must specifically identify any unresolved objections, the
grounds for the objections, and the U.S. Probation Officer's comments on
them, as required by Fed. R. Crim. P. 32(g).  The party that raised the
unresolved objections shall, **within twenty-four (24) hours** after the

CRIMINAL 13-0534CCC                 2

Addendum is disclosed, state in writing whether it will insist that the unresolved objections be ruled upon by the Court.  Failure to do so will be deemed by the Court as a withdrawal of the unresolved objections.

SO ORDERED.

At San Juan, Puerto Rico, on November 12, 2014.

S/CARMEN CONSUELO CEREZO
United States District Judge